**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| MARGARET LIPPMAN, | |
| Plaintiff, | Civil Action File No.: _____ |
| v. | |
| LRA CONSTRUCTORS, INC. and MICHAEL LEE JACKSON, | *[Removed from Dougherty County Superior Court; CAFN: SUCV2023000090]* |
| Defendants. | |

## NOTICE OF REMOVAL

COME NOW LRA Constructors, Inc. and Michael Lee Jackson, party defendants in the above-styled case, and within the time prescribed by law, file this Notice of Removal, and respectfully shows to the Court the following facts:

1.

Plaintiff filed suit against Defendants in the Superior Court of Dougherty County, State of Georgia for personal injuries allegedly incurred as a result of a car accident in Dougherty County, Georgia. The suit is styled as above and numbered Civil Action File No. SUCV2023000090 in that Court.

2.

Upon information and belief, Margaret Lippman is a resident of the state of

Florida. Ms. Lippman is not a resident of the State of Georgia, was not a citizen of the State of Georgia on the date of filing of the aforementioned civil action and has not since become a Georgia citizen. *See* a copy of Ms. Margaret Lippman's License, attached hereto as **Exhibit A.**

3.

Defendants are residents of the State of Georgia who have been residents of Georgia continuously since the accident and date this suit was filed and have no plans to move outside of the State of Georgia for the foreseeable future. Defendants were not citizens of the State of Florida on the date of filing the aforementioned civil action, have not since become citizens of Florida, and intend to remain in Georgia indefinitely.

4.

Plaintiff filed suit on January 27, 2023. In Plaintiff's Complaint, Plaintiff alleges she "suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past and future medical expenses." *See* Plaintiff's Complaint for Damages, ¶ 19. *See* Plaintiff's Complaint, a true and accurate copy of which is attached hereto as **Exhibit B.**

5.

As shown above, the case stated by the initial pleading did not plead specific

damages thus the case was not removable at the outset. The amount in controversy did not facially exceed the sum of $75,000.00, exclusive of interest and costs.

6.

Defendant LRA Constructors, Inc. served Plaintiff with Requests for Admission to determine whether the total value of the case exceeded $75,000.00 given the claims of significant and lasting injuries. Defendant received Plaintiff's responses on June 1, 2023 wherein Plaintiff confirmed she would "ask the fact-finder for an award of money damages in excess of $75,000." *See* Plaintiff's Responses to Defendant LRA Constructors, Inc.'s First Request for Admission of Fact to Plaintiffs, attached hereto as **Exhibit C**.

7.

Upon receipt of Plaintiff's Responses on June 1, 2023, Defendants first ascertained the case is removable. 28 U.S.C. § 1446 (b)(3). *See* Rule 5.2 Certificate of Service Discovery, attached hereto as **Exhibit D.** This Notice is filed within 30 days thereof pursuant to the requirements of 28 U.S.C. § 1446(b).

8.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and, accordingly, is one which may be removed to this Court by Defendants/Petitioners pursuant to the

provisions of 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy will exceed the sum of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

9.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached hereto copies of all process, pleadings, and orders served upon it in this case, such copies being marked **Exhibits B, C, and D.**  In addition, Defendants show that they already answered the lawsuit in the state court action referenced above and a copy of that Answer and Jury Demand are attached hereto as **Exhibits E and F.** There are no motions pending in the State Court of Fulton County, Georgia at the time of filing this Notice of Removal.

10.

Venue properly rests in the Albany Division of the United States District Court of the Middle District of Georgia, as this case is being removed from the Superior Court of Dougherty County, Georgia, which sits in the Albany Division of United States District Court for the Middle District of Georgia. A Notice of Filing Notice of Removal to Federal Court will be filed with the State Court of Dougherty County, Georgia.

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Middle District of Georgia, Albany Division.

This 6th day of June, 2023.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS LLP

*/s/ **Kevan G. Dorsey***

_____
Kevan G. Dorsey
Georgia Bar No.: 271402
Danielle A. Wilson
Georgia Bar No.: 872551
*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
ambika.sutherland@swiftcurrie.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MARGARET LIPPMAN, | |
| Plaintiff, | Civil Action File No.: _____ |
| v. | |
| LRA CONSTRUCTORS, INC. and MICHAEL LEE JACKSON, | *[Removed from Dougherty County Superior Court; CAFN: SUCV2023000090]* |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the ***Notice of Removal*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

David A. Weisz, Esq.
ANDREWS LAW FIRM
822 Monroe Street
Tallahassee, Florida 32303
david@andrewslaw.com
service@andrewslaw.com

*Signature on following page.*

-7-

This 6th day of June, 2023.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS LLP

*/s/ **Kevan G. Dorsey***

_____

Kevan G. Dorsey
Georgia Bar No.: 271402
Danielle A. Wilson
Georgia Bar No.: 872551
*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
ambika.sutherland@swiftcurrie.com