IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARGARET LIPPMAN, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-87 (WLS) |
| | * |
| LRA CONSTRUCTORS, INC. and MICHAEL LEE JACKSON, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of September, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk